**Order entered December 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00990-CV

**JEANNIE MCKELVY, Appellant**

**V.**

COLUMBIA MEDICAL CENTER OF MCKINNEY SUBSIDIARY, L.P.,
D/B/A MCKINNEY MEDICAL CENTER, **Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04187-2011**

## ORDER

The Court hereby GRANTS appellant's unopposed motion for issuance of mandate. The

clerk's office is directed to issue the mandate forthwith.

/s/     ELIZABETH LANG-MIERS
        JUSTICE